(Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Jamale L. Barksdale**  Case No. **10B21977**
Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED. **Debtor did not appear at scheduled hearing.**

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ **74.75** on or before **July 15, 2010**
$ **74.75** on or before **August 15, 2010**
$ **74.75** on or before **Sept 15, 2010**
$ **74.75** on or before **Oct 15, 2010**

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: **JUN 29 2010**

BY THE COURT:
_____
United States Bankruptcy Judge

**In re: Jamale L.Barksdale**
**Case Number: 10 B 21977**

## CERTIFICATE OF SERVICE

I, Deborah Smith certify that on __June 29__, 20_10_, I caused to be mailed by United States first class mail or through the Court's CM/ECF system copies of the foregoing documents:

_____
Deborah Smith, Courtroom Deputy

### Electronic Service through CM/ECF System

Trustee
David R. Herzog
Herzog & Schwartz PC
77 W. Washington Ste 1717
Chicago, IL 60602

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Serviced by U.S. Mail

*Debtor*
Jamale L.Barksdale
17957 Ravisloe
Country Club Hills, IL
60478